UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 16-CR-0851-LAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER TERMINATING SUPERVISED RELEASE** |
| CHAZNEY NICOLE BOWDEN, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN,** defendant Chazney Bowden's Unopposed Motion for Early Termination of Supervised Release is **GRANTED**. It is **FURTHER ORDERED** that Defendant Chazney Bowden's supervision is terminated effective as of July 1, 2019.

**IT IS SO ORDERED.**

DATED: July 1, 2019      By: _/s/ Larry A. Burns_
HON. LARRY ALAN BURNS
Chief United States District Judge